UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-21703-CIV-MORENO**

UBS FINANCIAL SERVICES INC. AND UBS
CREDIT CORP.,

        Petitioners,

vs.

ALEX GERARDO HERRERA,

        Respondent.
_____/

## ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD AND ENTRY OF FINAL JUDGMENT

THIS CAUSE came before the Court upon the Petition to Confirm Arbitration Award (**D.E. 1**), filed on **May 4, 2021**.

On January 22, 2020, Petitioners UBS Financial Services, Inc. and UBS Credit Corp. filed a Statement of Claim in arbitration proceedings styled *UBS Financial Services Inc. and UBS Credit Corp. v. Alex Gerardo Herrera*, FINRA Case No. 20-00245. In those proceedings, the Petitioners sought to recover the unpaid balances of loans owed by Respondent Alex Gerardo Herrera. On June 17, 2020, the Arbitrator issued an Arbitration Award against Mr. Herrera and in favor of the Petitioners. The Petitioners now move to confirm the Award. A copy of the Award is attached to the Petition.

As the Eleventh Circuit has observed, "[s]ection 9 of the [Federal Arbitration Act] provides that, upon application of any party to the arbitration, the court *must* confirm the arbitrator's award unless it is vacated, modified or corrected in accordance with sections 10 and 11 of the statute." *See Frazier v. CitiFinancial Corp., LLC*, 604 F.3d 1313, 1321 (11th Cir. 2010) (emphasis in original) (citing 9 U.S.C. § 9). Under § 12, "[n]otice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 U.S.C. § 12. Here, Mr. Herrera has not moved to vacate, modify, or correct the Award within the requisite time period.

THE COURT has considered the Petition, the Respondent's Answer, and the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that

1. The Petition to Confirm Arbitration Award is **GRANTED**.
2. The Award (D.E. 1-1) is **CONFIRMED**.
3. Final judgment is entered in favor of the Petitioners and against the Respondent, consistent with the Award. The Petitioners shall recover from Respondent the Award in the principal amount of $702,165.03, $1,550.00 in FINRA fees, and the costs incurred with filing this Petition. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this __19²__ of August 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record